950

*Linder, Ltd., Raul L. Lovett,* for petitioner. *Ambrose W. Carroll,* for respondent.

APPEAL No. 76-352. STEVEN MORAN *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. Motion of respondent for a stay of the final decree of the Workmen's Compensation Commission pending appeal is assigned to the calendar for Friday, December 10, 1976, 9:30 a.m. for oral argument. *Lovett & Linder, Ltd., Raul L. Lovett,* for petitioner. *Ambrose W. Carroll,* for respondent.

APPEAL No. 76-390. STATE *v.* GILBERT RODDY *et al.* Motion of defendants for extension of time to file their brief is granted. Said brief shall be filed on or before January 3, 1977. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Jordan Stanzler,* for defendants.

December 3, 1976.

APPEAL No. 75-30. ADAM FARKAS *v.* ALBERT M. SADLER *et al.* Case is assigned to the calendar for December 13, 1976, 9:30 a.m. for oral argument. The plaintiff will be expected to show cause why his appeal should not be summarily disposed of because of this Court's previous statement that in situations such as this the Court will not disturb a finding of the trial justice unless he was clearly wrong. *Labree* v. *Major,* 111 R.I. 657, 306 A.2d 808 (1973). He should also be prepared to discuss in what manner the trial justice overlooked or misconceived material evidence on a material point and was clearly wrong. *Malinowski* v. *Zalzal,* 113 R.I. 90, 317 A.2d 875 (1974). *Adam Farkas,* plaintiff, pro se. *Keenan, Rice, Dolan, Reardon & Kiernan, Leonard A. Kiernan, Jr., James A. Currier,* for Albert M. Sadler and Elizabeth Sadler, defendants. *Hanson, Curran, Bowen & Parks, Kenneth R. Neal,* for Mary Adams.